IN THE UNITED STATES MAGISTRATE COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | PO 17-5030-BLG-TJC |
| Plaintiff, | Violation No. F4863511 |
| | Location Code: M6H |
| vs. | |
| | ORDER |
| RICHARD J. FILIPPINI, JR., | |
| Defendant. | |

The Court has been advised that Defendant has forfeited the full amount of collateral required by his Citation. (*See* Docs. 1, 5.) Accordingly,

IT IS HEREBY ORDERED that the Violation Notice referenced below is deemed fully adjudicated and the warrant issued for said Violation is QUASHED:

Richard J. Filippini, Jr. – Violation Notice F4863511, warrant issued on September 21, 2017.

The Clerk of Court is directed to notify the U.S. Marshals Service of this Order immediately.

DATED this 25th day of September, 2017.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge

1